IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**VINCENT A. PRIMERANO,**

    **Plaintiff,**

    **v.**

**VORNADO AIR, LLC,**

    **Defendant.**

Case No. 16-2752-JAR

## ORDER

The Memorandum and Order (Doc. 76) filed in the above-entitled matter on July 25, 2017, contains a clerical mistake at the top of page 14. Plaintiff maintained that New York law applied to all claims, not Kansas law. Thus, the first full sentence at the top of page 14 is corrected to read as follows:

> But in the Pretrial Order, Plaintiff maintained that *New York* law applied to all claims. (Correction in *italics*).

**IT IS SO ORDERED.**

Dated: July 27, 2017

                                       S/ Julie A. Robinson
                                       JULIE A. ROBINSON
                                       CHIEF UNITED STATES DISTRICT JUDGE